# Court of Appeals
# of the State of Georgia

ATLANTA,  March 07, 2025

*The Court of Appeals hereby passes the following order:*

**A24A1515. EVANS v. EVANS.**

Upon review of the full record and applicable law, this appeal is dismissed as improvidently granted.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  03/07/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*